Michael R. Reese (State Bar Number 206773)
*mreese@reesellp.com*
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Counsel for Plaintiffs Nancy Coe, Tori Castro, and Pamela Mizzi and the Proposed Class*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| NANCY COE, TORI CASTRO, and PAMELA MIZZI, individually, and on behalf of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENERAL MILLS, INC.,<br><br>Defendant. | Case No. 3:15-cv-05112-TEH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING BRIEFING SCHEDULE AND HEARING DATE ON MOTION TO DISMISS AND REQUEST FOR JUDICIAL NOTICE AND ADJOURNING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Civil L.R. 6-2 |

1    Pursuant to Civil L.R. 6-2, Plaintiffs Nancy Coe, Tori Castro, and Pamela Mizzi
2 (collectively, "Plaintiffs") and Defendant General Mills, Inc. ("Defendant") (collectively, Plaintiffs
3 and Defendant are the "Parties"), by and through their undersigned counsel, stipulate as follows,
4 subject to an order approving the stipulation:
5    WHEREAS, Defendant received service of Plaintiffs' Complaint on November 12, 2015;
6    WHEREAS, on December 3, 2015, the Parties filed a stipulation and proposed order that
7 extended the deadline for Defendant to file a response to Plaintiffs' Complaint to January 15, 2016,
8 and proposed a briefing schedule and hearing date on Defendant's anticipated motion to dismiss
9 (Stip. & Proposed Order Regarding Mot. Briefing & Hr'g Schedule, ECF No. 17);
10    WHEREAS, on December 7, 2015, the Court so ordered the December 3, 2015, stipulation
11 (Stip. & Order Regarding Mot. Briefing & Hr'g Schedule, ECF No. 18);
12    WHEREAS, on January 13, 2016, the Parties filed a stipulation and proposed order that
13 extended the deadline for Defendant to respond to Plaintiffs' Complaint to January 29, 2016,
14 extended the related briefing schedule, and continued the hearing date on Defendant's anticipated
15 motion to dismiss (Stip. & Proposed Order Continuing Hr'g Date & Re-setting Briefing Schedule,
16 ECF No. 20);
17    WHEREAS, on January 15, 2016, the Court so ordered the January 13, 2016, stipulation
18 (Stip. & Order Continuing Hr'g Date & Re-setting Briefing Schedule, ECF No. 21);
19    WHEREAS, on January 29, 2016, Defendant filed a motion to dismiss Plaintiffs' Complaint
20 (Def.'s Notice Mot. & Mot. Dismiss Compl., ECF No. 22), along with a supporting request for
21 judicial notice (Def.'s Req. Judicial Notice Supp. Mot. Dismiss Compl., ECF No. 23);
22    WHEREAS, on December 9, 2015, the Court scheduled an Initial Case Management
23 Conference for April 11, 2016, at 1:30 p.m. in Courtroom 12, 19th Floor, San Francisco, and set the
24 deadline to file a Case Management Statement as April 4, 2016 (Clerk's Notice on Reassignment,
25 ECF No. 19);
26    WHEREAS, due to recently arising scheduling conflicts and commitments of counsel, the
27 Parties now seek a continuance of the previously-scheduled hearing date on Defendant's motion to
28 dismiss and supporting request for judicial notice, and they wish to stipulate to an extension of the

briefing schedule on those motions, as follows:

| Event | Proposed Date | Current Date |
|---|---|---|
| Plaintiffs' opposition papers to be filed and served | March 18, 2016 | March 4, 2016 |
| Defendant's reply papers to be filed and served | April 6, 2016 | March 14, 2016 |
| Hearing | May 23, 2016, at 10:00 a.m. | April 4, 2016, at 10:00 a.m. |

WHEREAS, the Parties also request that the Court adjourn the Initial Case Management Conference and the deadline for the Case Management Statement until after the Court enters a decision on Defendant's motion to dismiss;

WHEREAS, the Parties seek no other modifications to the schedule;

NOW, THEREFORE, pursuant to Civil L.R. 6-2, the Parties hereby stipulate and request that the Court enter an order setting the following briefing and hearing schedule on Defendant's motion to dismiss and accompanying request for judicial notice, if acceptable to the Court:

| Event | Proposed Date | Current Date |
|---|---|---|
| Plaintiffs' opposition papers to be filed and served | March 18, 2016 | March 4, 2016 |
| Defendant's reply papers to be filed and served | April 6, 2016 | March 14, 2016 |
| Hearing | May 23, 2016, at 10:00 a.m. | April 4, 2016, at 10:00 a.m. |

Additionally, pursuant to Civil L.R. 6-2, the Parties hereby stipulate and request that the Court enter an order adjourning the Initial Case Management Conference and the deadline for the Case Management Statement until after the Court enters a decision on Defendant's motion to dismiss.

The revisions to the hearing date and briefing schedule will not affect any other aspect of the schedule for the case.

| | | |
|---|---|---|
| 1 | Date: March 2, 2016 | Respectfully submitted, |
| 2 | | **REESE LLP** |
| 3 | | |
| 4 | |  /s/ Michael R. Reese  <br>Michael R. Reese (State Bar Number 206773) |
| 5 | | *mreese@reesellp.com*<br>100 West 93rd Street, 16th Floor |
| 6 | | New York, New York  10025<br>Telephone: (212) 643-0500 |
| 7 | | Facsimile: (212) 253-4272 |
| 8 | | **KAPLAN FOX & KILSHEIMER LLP** |
| 9 | | Laurence D. King (State Bar Number 206423)<br>*lking@kaplanfox.com* |
| 10 | | Linda M. Fong (State Bar Number 124232) |
| 11 | | *lfong@kaplanfox.com*<br>350 Sansome Street, Suite 400 |
| 12 | | San Francisco, California  94104<br>Telephone: (415) 772-4700 |
| 13 | | Facsimile: (415) 772-4707 |
| 14 | | **CENTER FOR SCIENCE IN** |
| 15 | | **THE PUBLIC INTEREST**<br>Maia Kats (*pro hac vice*) |
| 16 | | *mkats@cspinet.org* |
| 17 | | William Thanhauser (*pro hac vice*)<br>*wthanhauser@cspinet.org* |
| 18 | | 1220 L Street, Northwest, Suite 300<br>Washington, District of Columbia  20005 |
| 19 | | Telephone: (202) 777-8381 |
| 20 | | Facsimile: (202) 265-4954 |
| 21 | | *Counsel for Plaintiffs Nancy Coe, Tori Castro,* |
| 22 | | *and Pamela Mizzi and the Proposed Class* |
| 23 | Date: March 2, 2016 | **PERKINS COIE LLP** |
| 24 | |  /s/ David T. Biderman  |
| 25 | | David T. Biderman (State Bar Number 101577)<br>*dbiderman@perkinscoie.com* |
| 26 | | Joshua A. Reiten (State Bar Number 238985) |
| 27 | | *jreiten@perkinscoie.com*<br>505 Howard Street, Suite 1000 |
| 28 | | San Francisco, California  94105-3204<br>Telephone: (415) 344-7000 |

Facsimile: (415) 344-7050

**PERKINS COIE LLP**
Charles C. Sipos (*pro hac vice*)
csipos@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington  98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

*Counsel for Defendant General Mills, Inc.*

### ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that I have on file written records documenting that I have obtained concurrence in the filing of this document from each of the other signatories.

　　　　　　　　　　　　　　　　　　 /s/ Michael R. Reese
　　　　　　　　　　　　　　　　　Michael R. Reese

### [PROPOSED] ORDER

Pursuant to the foregoing stipulation, it is so ordered.

DATE: 03/03/2016

HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT JUDGE