1    **KAPLAN FOX & KILSHEIMER LLP**          **PERKINS COIE LLP**
     Laurence D. King (SBN 206423)            David T. Biderman (SBN 101577)
2    *lking@kaplanfox.com*                    *dbiderman@perkinscoie.com*
     Mario M. Choi (SBN 243409)               Steven K. Hwang (SBN 216852)
3    *mchoi@kaplanfox.com*                    *skhwang@perkinscoie.com*
     350 Sansome Street, Suite 400            505 Howard Street, Suite 1000
4    San Francisco, California 94104          San Francisco, California 94105-3204
     Telephone: (415) 772-4700                Telephone: (415) 344-7000
5    Facsimile:  (415) 772-4707               Facsimile:  (415) 344-7050

6    *Counsel for Plaintiffs Nancy Coe, Tori Castro,*     *Counsel for Defendant General Mills, Inc.*
     *Pamela Mizzi, and the Proposed Class*

7    [*Additional Counsel Appear on Signature Page*]

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12

13   NANCY COE, TORI CASTRO, and                Case No. 4:15-cv-05112-HSG
     PAMELA MIZZI, individually, and on behalf
14   of those similarly situated,               **AMENDMENT TO STIPULATION AND
                                                ORDER EXTENDING DEADLINES**
15                          Plaintiffs,
                                                Civil L.R. 6-2
16        v.
                                                Judge: Hon. Haywood S. Gilliam, Jr.
17   GENERAL MILLS, INC.,

18                          Defendant.

19

20

21

22

23

24

25

26

27

28

Plaintiffs Nancy Coe, Tori Castro, and Pamela Mizzi (collectively, "Plaintiffs") and Defendant General Mills, Inc. ("Defendant"), by and through their undersigned counsel, stipulate as follows, subject to an Order approving the Stipulation:

This Amendment to Stipulation and Order Extending Deadlines, entered by the court on April 10, 2018, is submitted to inform the court that at the request of Defendant's counsel, who has a scheduling conflict for the current Second Mediation Date on May 14, 2018, the parties have agreed to move the second day of mediation with Judge Lichtman from May 14 to May 24, 2018 and that all other terms of the Stipulation and Order Extending Deadlines remain the same.

DATED: April 16, 2018          Respectfully submitted,

**KAPLAN FOX & KILSHEIMER LLP**


By: *S/ Laurence D. King*
      Laurence D. King (SBN 206423)

Laurence D. King (SBN 206423)
*lking@kaplanfox.com*
Mario M. Choi (SBN 243409)
*mchoi@kaplanfox.com*
350 Sansome Street, Suite 400
San Francisco, California 94104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707

**CENTER FOR SCIENCE IN THE PUBLIC INTEREST**
Maia Kats (admitted *pro hac vice*)
*mkats@cspinet.org*
Matthew Benjamin Simon (admitted *pro hac vice*)
*msimon@cspinet.org*
1220 L Street, NW, Suite 300
Washington, DC 20005
Telephone: (202) 777-8381
Facsimile: (202) 265-4954

**REESE LLP**
Michael R. Reese (SBN 206773)
*mreese@reesellp.com*
Carlos F. Ramirez
*cfresq@gmail.com*
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
Facsimile: (212) 253-4272

*Counsel for Plaintiffs and the Proposed Classes*

AMENDMENT TO STIPULATION AND ORDER EXTENDING DEADLINES

139435647.1

DATED: April 16, 2018          **PERKINS COIE LLP**


                    By: *S/ David T. Biderman*
                        David T. Biderman (SBN 101577)

                    David T. Biderman (SBN 101577)
                    *dbiderman@perkinscoie.com*
                    Steven K. Hwang (SBN 216852)
                    *skhwang@perkinscoie.com*
                    505 Howard Street, Suite 1000
                    San Francisco, California 94105-3204
                    Telephone: (415) 344-7000
                    Facsimile:  (415) 344-7050

                    **PERKINS COIE LLP**
                    Charles C. Sipos (admitted *pro hac vice*)
                    *csipos@perkinscoie.com*
                    1201 Third Avenue, Suite 4900
                    Seattle, Washington 98101-3099
                    Telephone: (206) 359-8000
                    Facsimile:  (206) 359-9000

                    *Counsel for Defendant General Mills, Inc.*


                           **ATTESTATION**

    Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that I have on file written records
documenting that I have obtained concurrence in the filing of this document from the other
signatories.

                           *S/ David T. Biderman*
                           David T. Biderman (SBN 101577)

AMENDMENT TO STIPULATION AND ORDER EXTENDING DEADLINES
139435647.1

**ORDER**

Pursuant to the foregoing Stipulation, the revised schedule for the Second Mediation Day as stated above is **SO ORDERED.**


DATED:  4/17/2018

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

AMENDMENT TO STIPULATION AND ORDER EXTENDING DEADLINES
139435647.1